

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2025

No. 04-25-00661-CR

**EX PARTE** Alfred **WEST,** Jr.

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
            Adrian A. Spears, II, Justice
            H. Todd McCray, Justice

Petitioner filed his original petition for writ of habeas corpus in this court on October 15, 2025. Petitioner seeks habeas relief in a criminal law matter. This court does not have jurisdiction over original petitions for writs of habeas corpus in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d) (original habeas jurisdiction of the courts of appeals is limited to cases in which a person's liberty is restrained because they violated an order, judgment, or decree entered in civil case). The petition for writ of habeas corpus is **DISMISSED**.

It is so **ORDERED** on October 22, 2025.

_____
Adrian A. Spears, II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 24-0857-CR-A, styled *State of Texas v. Alfred West, Jr.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable Jessica Crawford presiding.